# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

MAURICE TAYLOR,      *

    Plaintiff,      *      CIVIL ACTION NO.: 5:15-cv-69

v.      *

GRADY PERRY; LIEUTENANT MANOR; LIEUTENANT DEAN; and CAPTAIN TURNER,      *

    Defendants.      *

## O R D E R

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's January 11, 2016, Report and Recommendation, dkt. no. 11, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint and **DENIES** Plaintiff leave to appeal *in forma* pauperis. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this \_\_\_3\_\_\_ day of \_\_\_February\_\_\_, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA